FILED

FOR PUBLICATION

FEB 28 2014

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF ARIZONA; TERRY L. GODDARD, Attorney General for the State of Arizona; ARIZONA DEPARTMENT OF LAW, Civil Rights Division, <br><br> Plaintiffs - Appellees, <br><br> ANGELA AGUILAR, <br><br> Intervenor-Plaintiff - Appellee, <br><br> v. <br><br> ASARCO LLC, <br><br> Defendant - Appellant. | No. 11-17484 <br><br> D.C. No. 4:08-cv-00441-MWB <br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.